UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SCHAWN JAMES CRUZE,

          Plaintiff,

    v.

BERNIE WARNER,

          Defendant.

CASE NO. C13-5220 BHS-JRC

ORDER ALLOWING SUPPLEMENTATION OF THE COMPLAINT

The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge, J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and Magistrate Judge Rules MJR3 and MJR4.

Plaintiff asks the Court to allow him to add two "missing" pages to his complaint (ECF No. 21). Plaintiff explains that when his complaint was copied and sent to the Court pages 3-E and 3-G were inadvertently left out. The Court grants plaintiff's motion. The Court orders that the two pages attached to ECF No. 21, labeled 3-E and 3-G, will be supplements to the original complaint.

Dated this 10th day of May, 2013.

_____
J. Richard Creatura
United States Magistrate Judge

ORDER ALLOWING SUPPLEMENTATION OF
THE COMPLAINT - 1