1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SCHAWN JAMES CRUZE,

           Plaintiff,

   v.

BERNIE WARNER et al.,

           Defendant.

CASE NO. C13-5220 BHS-JRC

ORDER

     The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge, J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and Magistrate Judge Rules MJR3 and MJR4.

     Plaintiff has sent two letters to the Court (ECF No. 20 and 23). Plaintiff alleges that unnamed prison personnel retaliated against him for filing this action (ECF No. 20). Plaintiff also asks the Court for time to try and reach a settlement with defendants' counsel (ECF No 23).

     The Court does not conduct business by letter. If plaintiff wishes the Court to take any action, plaintiff will have to file a motion that is properly noted and served on all parties who

1 | have filed a notice of appearance. Plaintiff's two letters will remain in the file, but the Court will

2 | take no further action on those documents and the two letters will not otherwise be considered by

3 | the Court.

4 |     Dated this 16th day of May, 2013.

                                                J. Richard Creatura
United States Magistrate Judge