UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SCHAWN JAMES CRUZE,

        Plaintiff,

v.

BERNIE WARNER,

        Defendant.

CASE NO. C13-5220 BHS-JRC

REPORT AND RECOMMENDATION

NOTED FOR:
DECEMBER 27, 2013

The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4.

The parties filed a stipulated motion to dismiss defendants Vail and Glebe (ECF No. 67). Now that the thirty-day stay in this case is over (ECF No. 85) the Court recommends granting the stipulation and entering an order dismissing these two defendants. The Court notes this Report

1 | and Recommendation for consideration this Friday, December 27, 2013, because this is a
2 | stipulated motion.
3 | Dated this 24th day of December, 2013.

J. Richard Creatura
United States Magistrate Judge