UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SCHAWN JAMES CRUZE,<br><br>    Plaintiff,<br><br>    v.<br><br>BERNIE WARNER, et al.,<br><br>    Defendants. | CASE NO. C13-5220 BHS-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATIONS |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 95. The Court having considered the R&R and the remaining record does hereby find and order as follows:

(1) The Court **ADOPTS** the Report and Recommendation;

(2) The Court **DISMISSES** Defendants Vail and Glebe from this action based on a stipulation from the parties.

Dated this 30th day of December, 2013.

                                             /s/ Benjamin H. Settle
                                             BENJAMIN H. SETTLE
                                             United States District Judge